# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| ROBERT LAIRD § | |
| § | |
| V. § | NO. 1:10-CV-536 |
| § | |
| STATE FARM LLOYDS § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on September 8, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's unopposed motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**, and plaintiff's "Motion to Dismiss with Prejudice" (Docket No. 8) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **10** day of **May, 2011.**

_____
Thad Heartfield
United States District Judge